Pearson, C. J.
 

 It is a maxim in courts of equity, that “ a party must come in with clean hands,” and probably it would be good policy to require one who files a petition for a divorce, to purge his conscience in the manner indicated by his Honor. It certainly would prevent a great many applications.
 

 But the subject of divorce is regulated by statute, Rev. Code, ch., 39, “ Divorce and Alimony,” and there is nothing in the statute to authorize a construction, which would empower the court to impose a “ test oath ” of this kind. On the contrary, the fifth section, which declares what matter shall be set out in the petition is silent as to an averment of
 
 *535
 
 this kind, and the tenth section provides that,
 
 if such matter shall he
 
 proved, “ the same shall be a
 
 good
 
 defence, and a perpetual bar against the suit,” thus ekpressly making it a matter oí defence, and no where intimating that the party shall take an oath of his own innocence as a condition precedent to the right of instituting the suit.
 

 Order in the court below reversed. This will be certified.
 

 Per CuRiAir. Order reversed.